# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-01183 JVS (MLGx) | Date November 16, 2010 |
| Title Walter Harris v. Chase Home Finance, et al. | |

Present: The Honorable  James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

**On October 18, 2010, the Court granted defendants' motion to dismiss without prejudice.   Plaintiff was granted 20 days to amend the complaint.    As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than November 29, 2010,  why this action should not be dismissed for lack of prosecution.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |