JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Harris, | SACV 10-01183-JVS(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Chase Home Finance, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on <u>November 16, 2010</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on November 29, 2010 and the Court having received and considered the Plaintiff's Motion to Dismiss filed November 23, 2010,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: November 30, 2010

_____
James V. Selna
United States District Judge